# Court of Appeals, State of Michigan

## ORDER

People of MI v Carvin Levelle Bailey

Docket No.    344779

LC No.    17-004518-FC

Christopher M. Murray
Presiding Judge

Patrick M. Meter

Kirsten Frank Kelly
Judges

The Court orders that the March 17, 2020 opinion is hereby AMENDED to correct a clerical error: removal of footnote 1.

In all other respects, the March 17, 2020 opinion remains unchanged.

Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 2 3 2020

Date

Chief Clerk